In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00395-CV
_____

TIMOTHY CASTILLE AND LESLIE CASTILLE, Appellants

V.

PORT ARTHUR PATROLMEN'S HUNTING CLUB, REAGAN BRAY, TROY BROUSSARD, CRAIG SHERLOCK AND LA BELLE PROPERTIES LLC, Appellees

On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-198,318-A

**MEMORANDUM OPINION**

Cross-appellant/appellee Troy Broussard filed a motion to dismiss his cross-appeal. This motion is voluntarily made by cross-appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss Broussard's cross-appeal. Broussard will remain a party to the appeal as an appellee. Accordingly, Broussard's cross-appeal is dismissed.

1

CROSS-APPEAL DISMISSED.


PER CURIAM

Submitted on February 6, 2019
Opinion Delivered February 7, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.